JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CURTIS J. HILL,** | ) | NO. SACV 15-00399 JAK (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| **JOE LIZARRAGA, Warden,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 4, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE